■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK RUSS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered March 22, 1984, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Jamison,* 47 NY2d 882, 884; *People v Henson,* 113 AD2d 954; *People v Smith,* 111 AD2d 883). Mollen, P. J., Thompson, Weinstein and Rubin, JJ., concur.